No. 755. FIRST AGRICULTURAL NATIONAL BANK OF BERKSHIRE COUNTY *v.* STATE TAX COMMISSION. Appeal from Sup. Jud. Ct. Mass. (Probable jurisdiction noted, 389 U. S. 1033.) Motion of National Association of Supervisors of State Banks for leave to file brief, as *amicus curiae,* granted. *James F. Bell* and *Brian C. Elmer* on the motion.

No. 800. WORLD AIRWAYS, INC., ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL. C. A. 2d Cir. (Certiorari granted, *ante,* p. 919.) Motion to substitute Trans International Airways, Inc., a Delaware corporation, in place of Trans International Airways, Inc., a California corporation, as a party petitioner granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Clayton L. Burwell* and *Frederick Bernays Wiener* on the motion.

No. 909. DESIST ET AL. *v.* UNITED STATES. C. A. 2d Cir. (Certiorari granted, *ante,* p. 943.) Motion of petitioners to remove case from summary calendar denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Abraham Glasser* on the motion.

No. 949. KING, COMMISSIONER, DEPARTMENT OF PENSIONS AND SECURITY, ET AL. *v.* SMITH ET AL. Appeal from D. C. M. D. Ala. (Probable jurisdiction noted, *ante,* p. 903.) Motions of NAACP Legal Defense & Educational Fund, Inc., et al., and Child Welfare League of America, Inc., et al., for leave to file briefs, as *amici curiae,* granted. *Jack Greenberg, James M. Nabrit III, Leroy D. Clark* and *Charles Stephen Ralston* for NAACP Legal Defense & Educational Fund, Inc., et al., and *Helen L. Buttenwieser* and *Ephraim London* for Child Welfare League of America, Inc., et al., on the motions.